UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ISAIAH BRITTON,

        Plaintiff,

- against -

CITY OF NEW YORK, et al.,

        Defendants.
-----------------------------------------------------------X

**JUDGMENT**
15-CV-3659 (RRM) (RLM)

ROSLYNN R. MAUSKOPF, United States District Judge.

      A Memorandum and Order of the undersigned having been issued this day dismissing plaintiff's claims against defendants, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      ORDERED, ADJUDGED AND DECREED that plaintiff take nothing of defendants; that all claims brought by plaintiff as against defendants are dismissed; and that this case is hereby closed.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       August 5, 2016

_____
ROSLYNN R. MAUSKOPF
United States District Judge